No. 12–8908.  SMITH v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 12–8910.  HODGELL v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 12–8912.  RUIZ HENRIQUEZ v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 12–8918.  HODGES v. JARVIS, WARDEN.  C. A. 11th Cir. Certiorari denied.

No. 12–8919.  DUNEVANT v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 12–8920.  DESKINS v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 12–8924.  GAINER v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 12–8931.  PETERSON v. UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 12–8937.  THORNBERG v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 12–8951.  NOYES v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 12–8952.  HOWARD v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 12–8960.  MIRANDA v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 12–112.  ROE ET AL. v. UNITED STATES ET AL.  C. A. 2d Cir.  Motion of petitioner Richard Roe for leave to file supplemental brief under seal granted.  Motion of respondent John Doe for leave to file brief in opposition under seal granted.  Motion of the Solicitor General for leave to file brief in opposition under seal with redacted copies for the public record granted.  Certiorari denied.

No. 12–6925.  JONES v. CASTILLO, WARDEN.  C. A. 6th Cir. Certiorari denied.  JUSTICE KAGAN took no part in the consideration or decision of this petition.